# Affidavit of Service

United States District Court Southern District, NEW YORK County, New York
CASE NO.: **16-CV-10037**
Plaintiff / Petitioner: Patrick Palmer
Defendant / Respondent: The City of New York

```
Network Provided
Time - 12:19 PM
Date - January 03, 2017
GPS
40.713608 -74.009995
```

State of New York: County of **Nassau**

I **Mitchell Raider** being duly sworn deposes and say: say that on **January 03, 2017** at **12:19 PM**, I served the within named Entity **The City of New York 100 church Street, New York, NY 10007** by delivering a true copy of the **Summons and Verified Complaint** to Inez Contreras who is the docket clerk of the above named Entity
160-50 series on the city and two medical authorizations
Said documents were conformed with index number and date of filling endorsed thereon

Description of Person Served: Hispanic, Female, 5' 4", 170 - 180 lbs, Brown hair, Brown eyes, 30 - 35 years

_____
Mitchell Raider

Your File/Reference Number: File24989
Court Date:  Cost of Service:
License#1450036
Notary Section
_____

Subscribed and affirmed, or sworn to before me this 10th day of January, 20 17
Notary Public: Sandra Ferrari
Commission Expires: _____
Prepared by:        SANDRA FERRARI
Phone: Fax:         NOTARY PUBLIC, State of New York
                    No. 01FE5033290
                    Qualified in Kings County
                    Commission Expires November 15, 2017